CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−03895

Solomon v. Davol, Inc. et al
Assigned to: Judge Kenneth M. Hoyt
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 11/19/2007
Date Terminated: 12/28/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Gerald S. Solomon** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
500 Dallas Street
Ste 2600
Houston, Tx 77002
713−843−7900
Fax: 713−843−7901
Email: mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2007 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3233709) filed by Gerald S. Solomon. (Attachments: # 1 Civil Cover Sheet Gerald S. Solomon)(Alexander, David) (Entered: 11/19/2007) |
| 11/19/2007 | | ORDER for Initial Pretrial and Scheduling Conference by Telephone and Order to Disclose Interested Persons. Telephone Conference set for 2/19/2008 at 03:15 PM by telephone before Judge Kenneth M. Hoyt.( Signed by Judge Kenneth M. Hoyt ) Parties |

| | | |
|---|---|---|
| | | notified.(mmapps, ) (Entered: 11/19/2007) |
| 12/05/2007 | | First CERTIFICATE OF INTERESTED PARTIES by Gerald S. Solomon, filed.(Alexander, David) (Entered: 12/05/2007) |
| 12/06/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(espencer, ) (Entered: 12/06/2007) |
| 12/19/2007 | | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(mmapps, ) (Entered: 12/20/2007) |
| 12/19/2007 | | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(mmapps, ) (Entered: 12/20/2007) |
| 12/20/2007 | | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by Davol, Inc., C. R. Bard, Inc., filed. Motion Docket Date 1/9/2008. (Attachments: # 1 Exhibit 1# 2 Proposed Order Unopposed Motion to Stay)(McFarland, D) (Entered: 12/20/2007) |
| 12/28/2007 | | ORDER STAYING and administratively closing case; granting 5 Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL*.( Signed by Judge Kenneth M. Hoyt ) Parties notified.(dpalacios, ) (Entered: 12/31/2007) |
| 01/14/2008 | | JPML CONDITIONAL TRANSFER ORDER (CTO−12) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Parties notified.(jbradford, ) (Entered: 01/24/2008) |
| 01/24/2008 | | Interdistrict transfer to District of Rhode Island. Case transferred electronically. Rhode Island case number 08−2106. (jbradford, ) (Entered: 01/24/2008) |